Certificate Number: 14912-ILN-DE-033586512

Bankruptcy Case Number: 19-29800



14912-ILN-DE-033586512

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2019, at 5:51 o'clock AM EDT, Maria Coble completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   October 22, 2019               By:    /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title: Counselor