UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-29800 |
| Maria R Coble | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ON MOTION TO OBTAIN/INCUR DEBT

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor, the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED: The Debtor is permitted to incur the mortgage debt, with financing through NVM Mortgage Finance Inc., with the following terms:
Real Property address: 1021 Talon Lane, Winter Haven, FL 33880
Purchase price not to exceed: $220,575
Loan Rate: 3.625%
Loan term: 30 years

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: February 22, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600